**Copyrights-In-Suit for IP Address 100.15.184.47**

**ISP:** Verizon Internet Services
**Location:** Washington, DC

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Purely Passionate | PENDING | 01/13/2018 | 02/01/2018 | 01/14/2018 |
| Hot and Wet | PENDING | 01/06/2018 | 01/11/2018 | 01/06/2018 |
| Virtual Girlfriend | PENDING | 10/13/2017 | 11/07/2017 | 10/13/2017 |
| Born To Be Wild | PENDING | 08/25/2017 | 08/30/2017 | 08/29/2017 |
| Emerald Love | PENDING | 07/22/2017 | 08/30/2017 | 07/22/2017 |
| An Afternoon Inside Kim | PA0002050594 | 06/01/2017 | 08/29/2017 | 06/03/2017 |

**Total Malibu Media, LLC Copyrights Infringed:  6**

EXHIBIT B

DC164